**Denied and Opinion Filed August 27, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00223-CV

## IN RE ALL SAINTS CARE INJURY AND REHABILITATION CLINIC, INC. AND JACKSON C. EHIOGUH, Relators

### Original Proceeding from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-14060

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Pedersen, III

In their April 7, 2021 petition for writ of mandamus, relators challenge the trial court's February 2, 2021 order granting real party Chase's motion to strike relators' jury demand. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, real party in interest's response, relators' reply, and the record before us, we conclude that relators have failed to demonstrate an abuse of discretion. Accordingly, we deny the petition for writ of mandamus.

210223f.p05

/s/  Bill Pedersen, III
BILL PEDERSEN, III
JUSTICE